**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| MORTGAGE ASSETS MANAGEMENT, LLC, | : No. 401 EAL 2023 |
| | : |
| Respondent | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| v. | : |
| | : |
| LEROY WELLS IN HIS CAPACITY AS HEIR OF JESSIE WELLS, AND UNKNOWN HEIRS, SUCCESSORS, ASSIGNS AND ALL PERSONS, FIRMS OR ASSOCIATIONS CLAIMING RIGHT, TITLE OR INTEREST FROM OR UNDER JESSIE WELLS, | : |
| | : |
| Petitioner | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 2nd day of July, 2024, the Petition for Allowance of Appeal is **DENIED**.